NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE SHAKESPEARE GLOBE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>KULTUR INTERNATIONAL FILMS, INC., KULTUR INTERNATIONAL FILMS, LTD., and DENNIS HEDLUND,<br><br>Defendants. | Civ. No. 18-16297<br><br>**MEMORANDUM ORDER** |

THOMPSON, U.S.D.J.

IT APPEARING that Plaintiff intends to seek a preliminary injunction in this matter (ECF Nos. 8, 14, 17); and it further

APPEARING that Defendants claim this matter is subject to the arbitration clause found in the Joint Venture Agreement ("JVA") between the parties (ECF No. 15; *see also* JVA ¶ 14, ECF No. 15-1);

IT IS on this 5th day of February, 2019,

ORDERED that Plaintiff is granted leave to file a motion for preliminary injunction by February 15, 2019; and it is further

ORDERED that Plaintiff's motion brief shall also address whether the JVA's arbitration clause applies; and it is further

ORDERED that Defendants shall submit opposition by February 25, 2019; and it is further

ORDERED that any reply by Plaintiff shall be filed by March 8, 2019; and it is further

ORDERED that oral argument on these matters shall occur on March 18, 2019 at 2:00

1

PM in Courtroom 4W, Clarkson S. Fisher Building & U.S. Courthouse, 402 E. State Street, Trenton, NJ 08608.

                                         */s/ Anne E. Thompson*
                                         ANNE E. THOMPSON, U.S.D.J.