


Michael Cukor

**McGeary Cukor LLC**
7 Dumont Place
Morristown, New Jersey 07960
Direct: (973) 339-7367 Fax: (973) 200-4845
mcukor@mcgearycukor.com

June 12, 2019

**VIA ECF**
Honorable Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608


**RE:   Shakespeare Globe Trust v Kultur International Films, Inc., Kultur International Films, Ltd. and Dennis Hedlund
Civil Action No. 3:18-cv-16297-AET-LHG**

Dear Judge Goodman:

We are counsel of record for Defendants in the above captioned action.  Further to communications with Your Honor's chambers on June 12, 2019, the parties jointly request a brief continuance of the Initial Scheduling Conference scheduled for June 25, 2019, until the Court rules on the pending Motion to Withdraw [Dkt. 49] and/or Defendants retain new counsel.

Plaintiff's counsel consents to this request.


Respectfully submitted,


McGeary Cukor LLC


By:   /Michael Cukor/
       Michael Cukor