Stephen R. Buckingham
**Lowenstein Sandler LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
Tel:  (973) 597-2500
*Attorneys for Plaintiff*
*The Shakespeare Globe Trust*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **THE SHAKESPEARE GLOBE TRUST**<br><br>*Plaintiff,*<br><br>v.<br><br>**KULTUR INTERNATIONAL FILMS, INC., KULTUR INTERNATIONAL FILMS, LTD. and DENNIS HEDLUND**<br><br>*Defendants.* | **Case No. 3:18-cv-16297** |

## <u>WITHDRAW OF APPEARANCE ONLY AS TO KEVIN TRAINER</u>

On behalf of Plaintiff The Shakespeare Globe Trust, please withdraw the appearance of KEVIN TRAINER, and remove him from further electronic notifications related to the above–referenced matter.

Date: August 13, 2019                Respectfully submitted,

                                           /s Stephen R. Buckingham

Stephen R. Buckingham
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey 07068
Tel: (973) 597-2500
*Attorney for Plaintiff*

## CERTIFICATION OF SERVICE

I hereby certify that on this date a true copy of the within Withdrawal of Appearance Only as to Kevin Trainer was filed and served upon all counsel of record via the Court's ECF system.

*/s/ Stephen Buckingham*
Stephen Buckingham
Dated: August 14, 2019