**UNITED STATES DISTRICT COURT**
**for the District of New Jersey [LIVE]**
**Trenton, NJ**

THE SHAKESPEARE GLOBE TRUST
                                Plaintiff,

v.
                                                     Case No.:
                                                     3:18−cv−16297−AET−LHG

                                                     Judge Anne E. Thompson

KULTUR INTERNATIONAL FILMS,
INC., et al.

                                 Defendant.

**ORDER OF DISMISSAL**

     This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty−day time period having passed without the Court having received the necessary papers;

     **IT IS** on this 22nd day of November, 2019,

     **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

     **ORDERED** that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

                                     /s/ Anne E. Thompson
                              _____
                              ANNE E. THOMPSON United States District Judge