**Lowenstein Sandler**

| Craig Dashiell
Associate

One Lowenstein Drive
Roseland, New Jersey 07068

T: 973.597.2370
F: 973.597.2371
E: cdashiell@lowenstein.com

January 14, 2020

VIA ECF

Honorable Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

Re: The Shakespeare Globe Trust v. Kultur International Films, Inc., et al. Civil Action No. 3:18-cv-16297-AET-LHG

Dear Judge Thomson:

This firm represents Plaintiff The Shakespeare Globe Trust ("Plaintiff") in the above-captioned matter. Pursuant to Your Honor's Order granting Plaintiff's motion for a preliminary injunction and Fed. R. Civ. P. 65(c), this firm deposited $10,000 with the Court's Finance Department as security for the preliminary injunction. (ECF No. 45.)

Now that the Court has terminated the case (ECF No. 63), I write to respectfully request that the Court direct the Clerk's Office to refund Plaintiff's $10,000 deposit to Lowenstein Sandler LLP, Attn: Craig Dashiell, One Lowenstein Drive, Roseland, New Jersey 07068, so that we may remit the same to our client. Please do not hesitate to contact me if you have any questions.

Respectfully submitted,

s/ Craig Dashiell

Craig Dashiell

36114/2
1/14/20 204199628.1

cc: Counsel of Record (via ECF)

So Ordered: /s/ Anne E. Thompson
HON. ANNE E. THOMPSON, U.S.D.J.

1/16/20